United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVI KAMBAMPATI,<br><br>Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant. | Case No. 16-cv-01656-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Upon review of the parties' Joint Case Management Conference Statement (Dkt. No. 22), the case management conference scheduled for July 28, 2016 is continued to November 3, 2016 at 1:30 p.m. The Court adopts the following pretrial schedule:

| | |
|---|---|
| Deadline to move to amend pleadings: | August 1, 2016 |
| Deadline to complete private mediation: | September 9, 2016 |
| Further case management conference: | November 3, 2016 at 1:30 p.m. |

Upon the parties' agreement, the Court's review of the denial of long term disability benefits will be de novo and the parties will not conduct any discovery. Defendant shall produce the complete administrative record by August 1, 2016. The schedule for the parties' cross motions for summary judgment is as follows:

| | |
|---|---|
| Opening briefs filed by: | January 20, 2017 |
| Opposition briefs filed by: | February 10, 2017 |
| Hearing date: | March 2, 2017 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: July 26, 2016

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge